IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HAZEL TUCKER                          :        CIVIL ACTION
                                      :
          v.                          :
                                      :
MICHAEL J. ASTRUE,                    :        NO. 07-4102
Commissioner of                       :
Social Security Administration        :

**O R D E R**

AND NOW, this **23** day of **MAY** , 2008, upon

consideration of plaintiff's request for review, defendant's response and motion for summary

judgment, plaintiff's response thereto, and after careful review of the Report and *and objections thereto,*

Recommendation of Chief United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1.    The Report and Recommendation is APPROVED and ADOPTED;

2.    Plaintiff's request for review is DENIED;

3.    Defendant's motion for summary judgment is GRANTED; and

4.    JUDGMENT IS ENTERED in favor of defendant and against plaintiff.

BY THE COURT:

BERLE M. SCHILLER,                              J.